UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOLFO PICHARDO, <br><br> Movant, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 19-CV-11559 (LGS) <br><br> 18-CR-246-1 (LGS) <br><br> ORDER TO ANSWER, 28 U.S.C. § 2255 |

LORNA G. SCHOFIELD, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

By **February 17, 2020**, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall, by **March 18, 2020**, file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in both the criminal case and the civil case.

SO ORDERED.

Dated: December 19, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**