UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

ADOLFO PICHARDO,

                  Movant,

-against-

UNITED STATES OF AMERICA,

                  Respondent.

------------------------------------

19-CV-11559 (LGS)

18-CR-246-1 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on December 17, 2019, Movant Pichardo filed a motion pursuant to 28 U.S.C. § 2255. ECF 1;

WHEREAS, on December 19, 2019, the Court issued an Order stating that Movant's reply is due on March 18, 2020. ECF 3;

WHEREAS, Movant has not filed a reply. It is hereby

**ORDERED** that Movant shall file his reply no later than **April 1, 2020**. If Movant does not file a reply, the motion will be deemed fully brief.

Dated: March 23, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**